# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1430.  MARIE CAQUIAS v. CARLOS J. KAVETSKY.**

Marie Caquias and Carlos Kavetsky were divorced in 2016. In 2017, Kavetsky filed a complaint in which he sought modification or termination of his alimony and child support obligations as set forth in the divorce decree. In January 2018, the trial court issued an order terminating Kavetsky's alimony obligation and reducing his child support obligation. Caquias then filed this direct appeal.[1] We lack jurisdiction.

Where, as here, the underlying action involves rights and obligations arising out of a divorce decree and does not involve child custody, the case is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005). Appeals in such matters must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); accord *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (an appeal in a domestic relations case in which custody is not at issue must be brought by discretionary application). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991).

---

[1] Although the notice of appeal states that it was filed on behalf of both Caquias and Kavetsky, Caquias (a non-lawyer) is the only appellant, as she is the only one who signed the notice of appeal. See *Aniebue v. Jaguar Credit Corp.*, 308 Ga. App. 1, 1, n. 1 (708 SE2d 4) (2011).

Caquias's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/20/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*